UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: HERNANDEZ, MARIA G.<br><br>Debtor(s) | § Case No. 2:08-15484-RJH<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DALE D ULRICH, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    230 North First Avenue, Suite 101, Phoenix, AZ 85003

    Any person wishing to object to any fee application that has not already been approved or to the Final Report must file a written objection within 21 days from the mailing of this notice. The proposed distribution is dependent on the Court's ruling on the allowance of Administrative expenses, additional Court costs, remaining contests of claims, and additional interest.
    Objections must be in writing and filed with a request for a hearing with the Clerk, US Bankruptcy Court, 230 N First Avenue, Suite 101, Phoenix, AZ 85003 and the United States Trustee, 230 N First Avenue, Suite 204, Phoenix, AZ 85003. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/08/2009     By: /s/DALE D ULRICH
                                                             Trustee

DALE D ULRICH
PMB-615
1928 E HIGHLAND SUITE F104
PHOENIX, AZ 85016
(602) 264-4124

**UST Form 101-7-NFR (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re: HERNANDEZ, MARIA G. § Case No. 2:08-15484-RJH
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $ 2,315.38

*and approved disbursements of* $ 281.00

*leaving a balance on hand of* [1] $ 2,034.38

Claims of secured creditors will be paid as follows:

*Claimant* *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | DALE D ULRICH | $ 508.60 | $ 52.47 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant* *Fees* *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | |
|---|---|---|
| *Attorney for debtor* | $ | $ |
| *Attorney for* | $ | $ |
| *Accountant for* | $ | $ |
| *Appraiser for* | $ | $ |
| *Other* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,901.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Wells Fargo Bank, N.A. | $ 5,340.47 | $ 376.45 |
| 2 | PYOD LLC | $ 480.17 | $ 33.86 |
| 3 | PYOD LLC | $ 1,069.83 | $ 75.41 |
| 4 | Chase Bank USA,N.A. | $ 756.33 | $ 53.31 |
| 5 | TD Retail Card Services | $ 416.71 | $ 29.37 |
| 6 | FIA CARD SERVICES, | $ 5,712.54 | $ 402.67 |
| 7 | Recovery Management Systems Corporation | $ 2,125.64 | $ 149.83 |
| 8 | Recovery Management Systems Corporation | $ 802.97 | $ 56.60 |
| 9 | Recovery Management Systems Corporation | $ 1,650.59 | $ 116.35 |
| 10 | Recovery Management Systems Corporation | $ 1,047.61 | $ 73.84 |
| | Recovery Management | | |

**UST Form 101-7-NFR (9/1/2009)**

|  11 | Systems Corporation | $ 1,498.44 | $ 105.62 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                           Allowed Amt. of Claim    Proposed Payment*
                                N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                           Allowed Amt. of Claim    Proposed Payment*
                                N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/DALE D ULRICH
Trustee

DALE D ULRICH
PMB-615
1928 E HIGHLAND  SUITE F104
PHOENIX, AZ  85016
(602) 264-4124

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: rootk                  Page 1 of 2                   Date Rcvd: Jan 12, 2010
Case: 08-15484                 Form ID: pdf001              Total Noticed: 32
```

The following entities were noticed by first class mail on Jan 14, 2010.
```
db          +MARIA G. HERNANDEZ,    2027 NORTH 55TH AVENUE,    PHOENIX, AZ 85035-3758
aty          JOSEPH W. CHARLES,    PO BOX 1737,    GLENDALE, AZ  85311-1737
cr         +++Sutton Funding LLC,    Main Office,    c/o Rosicki, Rosicki & Associates, P.C.,
             Nationwide Default Services,    51 East Bethpage Road,    Plainview, NY 11803-4224
7670880      BANK OF AMERICA,    P. O. Box 15726,    Wilmington DE 19886-5726
7670881     +CHASE BANK USA, NA,    3451 Harry Truman Blvd.,    St. Charles MO 63301-4047
7670882     +CITIBANK-LTD FINANCIAL SERVICES,    7322 Southwest Freeway,    Suite 1600,    Houston TX 77074-2053
7670883      CITICARDS,    P. O. Box 689106,    Des Moines IA 50368-9106
8296935     +Chase Bank USA,N.A.,    P O Box 740933,    Dallas, TX 75374-0933
8415893      FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
             Oklahoma City, OK  73124-8809
7670889      HOME DEPOT CREDIT CARD SERVICES,    P. O. Box 6028,    The Lakes NV 88901-6028
7670890      JABURG & WILK, P.C.,    P. O. Box 36808,    Phoenix AZ 85067-6808
7670892      MACY'S,    P. O. Box 6938,    The Lakes NV 88901-6938
8233196     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
             PO Box 19008,    Greenville, SC 29602-9008
7670893      SEARS CREDIT CARDS,    P. O. Box 6937,    The Lakes NV 88901-6937
7670894      SHOPPERS CHARGE ACCOUNTS,    SCA Account Service Dept.,    P. O. Box 215,    Memphis TN 38101-0215
8438606     +Sutton Funding LLC,    c/o Rosicki, Rosicki & Associates, P.C.,    51 East Bethpage Road,
             Plainview, NY 11803-4224
8297296     +TD Retail Card Services,    P O Box 740933,    Dallas, TX 75374-0933
7670895      WELLS FARGO BANK,    P. O. Box 54780,    Los Angeles CA 90054-0780
7670896      WELLS FARGO CARD SERVICES,    P. O. Box 30086,    Los Angeles CA 90030-0086
8187647     +Wells Fargo Bank, N.A.,    c/o Wells Fargo Card Services,    Recovery Department,    P.O. Box 9210,
             Des Moines, IA 50306-9210
```

The following entities were noticed by electronic transmission on Jan 12, 2010.
```
7670879      E-mail/Text: bankruptcy@azstcu.org                             ARIZONA STATE CREDIT UNION,
             P.O. BOX 6637,    Phoenix AZ 85005-6637
7670884      E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2010 00:57:45      GEMB/DILLARDS,    P. O. Box 960012,
             Orlando FL 32896-0012
7670885      E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2010 00:57:46      GEMB/JC PENNEY,    P. O. Box 960090,
             Orlando FL 32896-0090
7670886      E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2010 00:57:46      GEMB/LOWES,    P. O. Box 530914,
             Atlanta GA 30353-0914
7670887      E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2010 00:57:47      GEMB/MERVYN'S,    P. O. Box 960013,
             Orlando FL 32896-0013
7670888      E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2010 00:57:46      GEMB/WALMART,    P. O. Box 530927,
             Atlanta GA 30353-0927
7670891      E-mail/PDF: cr-bankruptcy@kohls.com Jan 13 2010 00:58:26       KOHLS,    P.O. BOX 30510,
             Los Angeles CA 90030-0510
8429692     +E-mail/PDF: rmscedi@recoverycorp.com Jan 13 2010 00:57:50
             Recovery Management Systems Corporation,    For GE Money Bank,    dba WALMART,
             25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
8429695     +E-mail/PDF: rmscedi@recoverycorp.com Jan 13 2010 00:57:50
             Recovery Management Systems Corporation,    For GE Money Bank,    dba LOWES CONSUMER,
             25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
8429694     +E-mail/PDF: rmscedi@recoverycorp.com Jan 13 2010 00:57:49
             Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY CREDIT SERVICES,
             25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
8429715     +E-mail/PDF: rmscedi@recoverycorp.com Jan 13 2010 00:57:49
             Recovery Management Systems Corporation,    For GE Money Bank,    dba MERVYN'S,
             25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
8429696     +E-mail/PDF: rmscedi@recoverycorp.com Jan 13 2010 00:57:51
             Recovery Management Systems Corporation,    For GE Money Bank,    dba DILLARD'S,
             25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 12
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 14, 2010**                    **Signature:**        *Joseph Speetjens*